AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

**FILED**

**January 6, 2026**

KAREN MITCHELL

CLERK, U.S. DISTRICT COURT

| United States of America | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No.  2:26-MJ-1 |
| | ) | |
| Juan Luis Soto-Morales | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 17, 2025_____ in the county of _____Randall_____ in the
_____Northern_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) | Possession with Intent to Distribute Cocaine |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Louis Gomez, HSI SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone
(specify reliable electronic means).

Date:  _1/6/26_

_____
*Judge's signature*

City and state:        Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

2:26-MJ-1

AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Louis Gomez, being a duly sworn Special Agent with the United States
Department of Homeland Security (DHS), Homeland Security Investigations (HSI) in
Amarillo, Texas, states as follows:

I am currently assigned to HSI Amarillo, Texas. I have been a sworn Federal Law
Enforcement Officer since September 1998 and have been assigned to HSI Amarillo
since September 2024. I am a ''Federal Law Enforcement Officer" within the meaning
of Federal Rules of Criminal Procedure 41(a)(2)(c), a government agent engaged in
enforcing criminal laws and within the category of officers authorized by the Attorney
General to request an arrest and/or search warrant.

As an HSI Special Agent, my duties primarily include the investigation and
enforcement of federal violations of Title 8, 18, 19, 21, and 31 of the United States Code
and related offenses. As part of my official duties, I have received training, participated
in, and conducted investigations related to federal firearms violations; specifically,
investigation and prosecution of individuals involved in the unlawful possession of
firearms. I have also participated in multiple investigations of the possession and
distribution of controlled substances. I have received training from the Federal Law
Enforcement Training Center and other law enforcement agencies in narcotics smuggling
investigations, and have training and experience in money laundering, narcotics
smuggling, and distribution investigations.

The information contained in this affidavit is based on my personal knowledge and
information provided to me by other law enforcement officers and witnesses and is
provided for the limited purpose of demonstrating probable cause to support the issuance
of a criminal complaint. This affidavit, therefore, does not summarize all the facts known
to me or other law enforcement agents and officers at this time.

On December 17, 2025, the Amarillo Police Department (APD) encountered and
arrested Juan Luis SOTO-Morales, AKA Juan SOTO, for an outstanding Driving While
Intoxicated bond forfeiture warrant. SOTO-Morales was arrested at his residence located
at 3001 SW 58th St, Apt 2407, in Amarillo, TX. During his arrest, SOTO-Morales
attempted to flee out the back of the residence. While fleeing, Soto-Morales attempted to
discard a digital scale. SOTO-Morales' girlfriend and co-habitant gave APD Officers
consent to search the residence.

Pursuant to the search of the residence, officers found approximately 238 grams of
a white powdery substance, which field tested for the properties of cocaine. There was
one large baggie of cocaine, and several smaller baggies, which appeared to be packaged

1

for individual sale. Officers located the digital scale Soto-Morales attempted to discard. The scale is consistent with the weighing of cocaine for distribution. Officers also located two firearms: a Diamondback AR-15 style rifle, chambered in .223, bearing Serial #DB2913227; and a Canik 55 handgun, chambered in 9mm, bearing Serial #13E01500. The amount of cocaine located is consistent with distribution, as opposed to personal use.

After being advised of his *Miranda* Warnings, SOTO-Morales admitted that it was illegal for an undocumented alien to possess a weapon, as well as admitting to knowledge and possession of the Cocaine. SOTO-Morales claimed that he was holding the cocaine for an individual, implying that he would return it to that individual. SOTO-Morales also admitted that he knew that it was illegal to re-enter the United States after being previously removed. SOTO-Morales was questioned about his immigration status in the United States and thus determined SOTO-Morales was an undocumented alien and national of Mexico, who was illegally present in the United States. Subsequent database queries revealed that SOTO-Morales has been previously removed from the United States on no less than four (4) other occasions, most recently on or about April 14, 2024, at or near the port of departure of Eagle Pass, Texas.

According to open-source databases, as well as physical markings engraved into the firearms, the Canik 55, 9mm, semi-automatic firearm, bearing Serial# 13E01500 and the Diamondback, .223Cal, semi-automatic firearm, bearing Serial# DB2913227 were not manufactured in the state of Texas; therefore, they traveled in or affected interstate commerce.

Based on the aforementioned facts, there is probable cause to believe SOTO-Morales violated Title 18, United States Code, Section 922(g)(5)(A) and 924(a)(8), which makes it unlawful for an alien who is illegally or unlawfully in the United States or has been admitted to the United States under a nonimmigrant visa to ship or transport in interstate commerce, or possess in or affecting commerce, any firearm or ammunition, or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce. Furthermore, SOTO-Morales knowingly and intentionally possessed with the intent to distribute 238 grams of Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(iii).  SOTO-Morales is also in violation of 8 USC 1326(a)(b)(1), Illegal Re-entry.

Louis Gomez
Special Agent
Homeland Security Investigations

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 on the _6th_ day of _January_, 2023. 6 Jan

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

Anna Marie Bell
Assistant United States Attorney

3