IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



FILED JAN 22 2026 PM 12:59
USDC - NDTX - AM

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2-26CR-002-Z |
| JUAN LUIS SOTO-MORALES | |

INDICTMENT

The Grand Jury Charges:

Count One
Possession with Intent to Distribute Cocaine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about December 17, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Juan Luis Soto-Morales**, defendant, did intentionally and knowingly possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

<u>Count Two</u>
Alien in Possession of Firearms
(Violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(8))

On or about December 17, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Juan Luis Soto-Morales**, defendant, then being an alien illegally and unlawfully in the United States, did knowingly possess in and affecting interstate and foreign commerce firearms, that is; a Canik, model 55, 9mm semi-automatic pistol, serial number 13E01500; and a Diamondback, model DB15, .223 caliber rifle, serial number DB2913227, defendant knowing he is an alien illegally and unlawfully in the United States.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

<u>Count Three</u>
Possession of Firearms in Furtherance
of a Drug Trafficking Crime
(Violation of 18 U.S.C. §§ 924(c)(1)(A) and 924(c)(1)(A)(i))

On or about December 17, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Juan Luis Soto-Morales**, defendant, did knowingly possess firearms, to wit: a Canik, model 55, 9mm semi-automatic pistol, serial number 13E01500; and a Diamondback, model DB15, .223 caliber rifle, serial number DB2913227, in furtherance of a drug trafficking crime, that is, Possession with Intent to Distribute Cocaine, as charged in count one of this indictment, an offense for which he may be prosecuted in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A), the penalty for which is found in Title 18, United States Code, Section 924(c)(1)(A)(i).

<u>Count Four</u>
Illegal Re-Entry After Deportation
(Violation of 8 U.S.C. § 1326(a);
and 6 U.S.C. §§ 202(3), 202(4), and 557)

On or about December 17, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Juan Luis Soto-Morales**, defendant, an alien, knowingly entered, attempted to enter, and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at and near the Port of Departure at Eagle Pass, Texas, on or about April 14, 2024, and not having received the express consent of the Attorney General of the United States and the Secretary of Homeland Security to apply for readmission to the United States since the time of his previous denial of admission, exclusion, deportation, and removal therefrom.

In violation of Title 8, United States Code, Section 1326(a), and Title 6, United States Code, Sections 202(3), 202(4), and 557.

Forfeiture Notice
(18 U.S.C. § 924(d), 21 U.S.C. § 853(a) and 28 U.S.C. § 2461(c))

Upon conviction of Count 1, Count 2, or Count 3 charged in this indictment, and pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(a), defendant, **Juan Luis Soto-Morales**, shall forfeit to the United States of America any property constituting, or derived from, any proceeds the defendant(s) obtained, directly or indirectly, as a result of the offense(s); any of the property used, or intended to be used, in any manner or part, by the defendant(s) to commit, or to facilitate the commission of the offense(s); and any firearm and ammunition involved in or used in any knowing violation of the charged offense(s), including, but not limited to, the following:

(1) a Canik, model 55, 9mm semi-automatic pistol, serial number 13E01500; and

(2) a Diamondback, model DB15, .223 caliber rifle, serial number DB2913227.

Pursuant to 21 U.S.C. § 853(p), if any of the property described above, as a result of any act or omission of the defendant(s):

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty,

**Juan Luis Soto-Morales**
**Indictment - Page 5**

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the forfeitable property described above.

A TRUE BILL:

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:  806-324-2356
Facsimile:  806-324-2399
E-Mail:     anna.bell@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

JUAN LUIS SOTO-MORALES

INDICTMENT

| | |
|---|---|
| COUNT 1: | POSSESSION WITH INTENT TO DISTRIBUTE COCAINE<br>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). |
| COUNT 2: | ALIEN IN POSSESSION OF FIREARMS<br>Title 18, United States Code, Sections 922(g)(1) and 924(a)(8). |
| COUNT 3: | POSSESSION OF FIREARMS IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br>Title 18, United States Code, Section 924(c)(1)(A). |
| COUNT 4: | ILLEGAL RE-ENTRY AFTER DEPORTATION<br>Title 8, United States Code, Section 1326(a). |

(4 COUNTS and FORFEITURE NOTICE)

A true bill rendered:

Amarillo                                             _____[signature]_____ Foreperson

Filed in open court this __22nd__ day of __January__ A.D. 2026.

_____ Clerk

DEFENDANT IN FEDERAL CUSTODY
(Complaint filed 1/6/2026 – 2:26-MJ-1)

_____[signature] Lee Ann Reno_____
UNITED STATES MAGISTRATE JUDGE